UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **M.A. and E.M., individually and on behalf of A.A.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**JERSEY CITY BOARD OF EDUCATION,**<br><br>    **Defendant.** | Civ. No. 14-6667 (KM) (MAH)<br><br>**ORDER** |

**KEVIN MCNULTY, U.S.D.J.:**

  **THIS MATTER** having come before the Court on the omnibus Motion of Plaintiffs M.A. and E.M., individually and on behalf of A.A., ECF Nos. 47, 49; and the Defendant Jersey City Board of Education having submitted an opposition, ECF No. 55; and the Plaintiffs having filed a reply and multipart appendix in support, ECF Nos. 47-2, 47-3, 48-2, 48-3, 54-1, 59, 54-2, 54-3, 60; and the Court having considered the papers, and having arrived at decision without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons set forth in the accompanying Opinion, and for good cause shown:

  **IT IS** this 29th day of December, 2016,

  **ORDERED** that Plaintiff's motion to supplement the administrative record is **GRANTED** in accordance with the accompanying Opinion; and it is further

  **ORDERED** that Plaintiff's motion to vacate the administrative decision based on violations of procedural rights is **DENIED**; and it is further

  **ORDERED** that Plaintiff's motion to vacate the administrative decision based on spoliation is **DENIED**; and it is further

1

**ORDERED** that the cross-motions for summary judgment, ECF nos. 45, 47, are **DENIED** as presented, without prejudice to resubmission following a conference with the Magistrate Judge, *see infra*; and it is further

**ORDERED** that the parties shall confer with the Magistrate Judge for the purposes described at p. 3 of the accompanying Opinion, and that any renewed motions for summary judgment shall conform with my instructions at p. 3 of the accompanying Opinion, as well as the Local Rules of this Court.

**KEVIN MCNULTY**
**United States District Judge**